IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **JERRY MERRITT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 6:19-CV-00679 |
| | § | |
| **TEXAS FARM BUREAU, TEXAS FARM BUREAU BUSINESS CORPORATION, TEXAS FARM BUREAU CASUALTY INSURANCE COMPANY, TEXAS FARM BUREAU MUTUAL INSURANCE COMPANY, TEXAS FARM BUREAU UNDERWRITERS, FARM BUREAU COUNTY MUTUAL INSURANCE COMPANY OF TEXAS, and SOUTHERN FARM BUREAU LIFE INSURANCE COMPANY** | § § § § § § § § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

This action was tried before a jury from May 22, 2023, through May 24, 2023, on the sole issue of whether Defendants had knowledge, either actual or constructive, that Plaintiff Jerry Merritt was working more than 40 hours in any given workweek during the relevant time period. The jury unanimously answered "No" and returned its verdict on all questions in favor of Defendants. ECF No. 213. It is therefore,

**ORDERED AND ADJUDGED** that Plaintiff take nothing by this suit, that this action be dismissed on its merits, and that Defendants recover its costs from Plaintiff.

It is further **ORDERED** that this take nothing judgment in favor of Defendants is effective as to all claim filed in this action by Plaintiffs.

It is further **ORDERED** that Defendants are directed to file a bill of costs, in accordance with Local Rule 54, within fourteen days of entry of this Final Judgment.

It is further **ORDERED** that this is a final judgment that disposes of all claims and parties and execution shall issue for this judgment as permitted by law.

**JUDGMENT IS HEREBY GRANTED** in favor of Defendants and against Plaintiff. Defendants are fully and finally released, acquitted, and discharged from any and all liability to Plaintiff for any and all causes of action that have been pled or could have been pled in this case.

SO ORDERED this 14th day of June 2023.

_____
HONORABLE DEREK T. GILLILAND
U.S. MAGISTRATE JUDGE